No. 96–1176. DiSanto v. United States. C. A. 1st Cir. Certiorari denied.

No. 96–1192. Falcon v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–5938. Trevino-Martinez v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–6227. Woods et al. v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, et al. C. A. 5th Cir. Certiorari denied.

No. 96–6570. Osume v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–6608. Dexter v. United States. C. A. 7th Cir. Certiorari denied.

No. 96–6899. Clarke v. United States. C. A. 11th Cir. Certiorari denied.

No. 96–7245. Block v. Wilkinson, Director, Ohio Department of Correction, et al. C. A. 6th Cir. Certiorari denied.

No. 96–7246. Myers v. Shumacher et al. C. A. 9th Cir. Certiorari denied.

No. 96–7249. Ford v. Wilson. C. A. 7th Cir. Certiorari denied.

No. 96–7255. Gilliam v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 96–7260. Slagel v. Shell Oil Co., Inc., et al. C. A. 7th Cir. Certiorari denied.

No. 96–7262. Philippeaux v. North Central Bronx Hospital et al. C. A. 2d Cir. Certiorari denied.

No. 96–7267. Hualde-Redin et al. v. First Federal Savings Bank. C. A. 1st Cir. Certiorari denied.